Mildred K. O'Linn (State Bar No. 159055)
  mko@manningllp.com
G. Craig Smith (State Bar No. 265676)
  gcs@manningllp.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants,
CITY OF ORANGE, BRYCE NIELSEN, erroneously sued as "BRYCE NEILSEN" and MICHAEL SLAUGHTER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY LEE and PATRICIA LEE<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF ORANGE, BRYCE NEILSEN, MICHAEL SLAUGHTER, and DOES 3 through 10 inclusive,<br><br>　　　　Defendants. | Case No. 8:20-cv-01359-JVS-ADS<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION** |

**TO THE HONORABLE COURT:**

　　In accordance with L.R. 16-15.7, Plaintiffs HENRY LEE and PATRICIA LEE ("plaintiffs") and CITY OF ORANGE ("City") have entered into a settlement. Plaintiffs agree to execute a mutually agreeable release of all claims, as against Defendants CITY OF ORANGE, BRYCE NIELSEN, erroneously sued as "BRYCE NEILSEN", MICHAEL SLAUGHTER, and DOES 3 through 10 inclusive.  Within fourteen (14) days of satisfaction of the conditions contained in the release of claims, plaintiff agrees to file a request or stipulation for dismissal with prejudice of this action as against Defendants CITY OF ORANGE, BRYCE NIELSEN,

erroneously sued as "BRYCE NEILSEN", MICHAEL SLAUGHTER, and DOES 3 through 10 inclusive.

The parties jointly recommend and request that the honorable Court vacate the current trial and pre-trial dates/deadlines, and all other hearing dates and case management deadlines, including but not limited to the final pre-trial conference and any set hearings for any pending motions.

It is respectfully requested that the Court maintain jurisdiction over this matter and set an Order to Show Cause Re: Dismissal of Entire Action, in ninety (90) days from now, allowing time for the settlement to be finalized.

DATED: June 18, 2021     Respectfully submitted,

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By:     /S/ G. Craig Smith
        Mildred K. O'Linn, Esq.
        G. Craig Smith, Esq.
        Attorneys for Defendants

DATED: June 18, 2021     Respectfully submitted,

**LAW OFFICES OF DALE K. GALIPO**

By:     /S/ Dale K. Galipo
        Dale K. Galipo
        Marcel F. Sincich
        Attorneys for Plaintiff

# SIGNATURE ATTESTATION

Pursuant to C.D. Cal. Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to all parties listed above, by and through their counsel of record, and that I have obtained authorization from each party's counsel to affix their electronic signatures to this document.

DATED: June 18, 2021         **MANNING & KASS**
                             **ELLROD, RAMIREZ, TRESTER LLP**


                             By:      /s/ G. Craig Smith
                                   Mildred K. O'Linn
                                   G. Craig Smith
                                   Attorneys for Defendants

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 19800 MacArthur Boulevard, Suite 900, Irvine, CA 92612.

On June 18, 2021, I served true copies of the following document(s) described as **NOTICE OF SETTLEMENT OF ENTIRE ACTION** on the interested parties in this action as follows:

Dale K. Galipo, Esq.  
Marcel F. Sincich, Esq.  
21800 Burbank Boulevard, Suite 310  
Woodland Hills, CA 91367  
T: (818) 347-3333  
F: (818) 347-4118  
dalekgalipo@yahoo.com  
msincich@galipolaw.com

Counsel for Plaintiffs,  
HENRY LEE and PATRICIA LEE

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address dfe@manningllp.com to the persons at the e-mail addresses listed in the Service List. The document(s) were transmitted at or before 5:00 p.m. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Manning & Kass, Ellrod, Ramirez, Trester LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Irvine, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 18, 2020, at Irvine, California.

/s/ Diane Esparza  
Diane Esparza